

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2015

No. 04-15-00021-CV

**BOARD OF ADJUSTMENT OF THE CITY OF SAN ANTONIO,**
Appellant

v.

Michael and Theresa **HAYES**,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2014CV00284
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On February 24, 2015, the trial court clerk filed a notification of late record stating the clerk's record had not been filed because appellant failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. On February 26, 2015, this court ordered appellant to provide written proof to this court that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.

On March 6, 2015, appellant filed a notice of payment. On March 12, this Court ordered the clerk's record be filed in this court by April 3, 2015. The trial court clerk has still not filed the clerk's record.

It is therefore ORDERED the clerk's record be filed in this court no later than April 21, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2015.



_____

Keith E. Hottle

Clerk of Court